## THE STATE *v.* CHARLES.

[No. 5,538.   Filed June 30, 1905.]

From Wayne Circuit Court; *H. C. Fox,* Judge.

Prosecution by the State against James Charles. From a judgment of acquittal, the State appeals. *Appeal rejected.*

*Charles W. Miller,* Attorney-General, *Paul Comstock* and *Gavin & Davis,* for the State.

*Shiveley & Shiveley*, for appellee.

PER CURIAM.—The members of the whole court being equally divided upon the question whether we have jurisdiction of an appeal by the State in a criminal case of misdemeanor brought after the enactment of the statute of March 9, 1903 (Acts 1903, p. 280), and before the taking effect of the act of 1905 (Acts 1905, p. 429, §1968 Burns 1905), containing provisions for such an appeal, therefore the appeal is rejected. See *State* v. *Hani* (1905), *ante*, 138.